AARON D. FORD
  Attorney General
MANDANA DIVANBEIKI, (Bar No. 14862)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
(702) 486-3192 (phone)
(702) 486-3773 (fax)
E-mail: mdivanbeiki@ag.nv.gov

*Attorneys for Defendants,*
*Charles Daniels, Kathryn Reynolds,*
*and Perry Russell*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD ALLAN WEIZENECKER, | Case No. 3:20-cv-00653-MMD-CLB |
| Plaintiff, | |
| vs. | **STATUS REPORT AND REQUEST FOR AN EXTENSTION OF TIME TO FILE STIPULATION AND ORDER TO DISMISS** |
| CHARLES DANIELS, et al., | |
| Defendants. | |

Plaintiff, Mr. Donald Weizenecker, in proper person, and Defendants, Charles Daniels, Kathryn Reynolds, and Perry Russell, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mandana Divanbeiki, Deputy Attorney General, hereby provide a status report to the court as to the status of the stipulation and order for dismissal discussed at the telephonic hearing of March 18, 2021. ECF No. 16. This Court ordered the Office of the Attorney General to file a stipulation and order of dismissal by April 08, 2021. Defendants have worked diligently in obtaining Mr. Weizenecker's signature; however, on April 15, 2021, the Office of the Attorney General received mail from Mr. Weizenecker. The letter indicated that he does not agree with one term of the agreement. Because Mr. Weizenecker's disagreement is likely due to the legal language in the settlement agreement and not to the terms agreed upon, a telephonic conference with Mr. Weizenecker has been set to discuss said term in an attempt to

resolve any pending issues with signing the stipulation and order to dismiss. However, if Mr. Weizenecker does not sign the said order, Defendants will bring a motion to enforce the settlement as reached at the telephonic hearing of March 18, 2021. ECF No. 16.

Accordingly, Defendants respectfully ask for additional time to file the stipulation and order to dismiss, or if not signed by Mr. Weizenecker, the appropriate motion in its place. As the telephonic conference with Mr. Weizenecker is scheduled for Wednesday, April 21, 2021, Defendants respectfully request a fourteen-day extension from the date of the conference to file the appropriate stipulation to dismiss or motion to enforce the judgment. Defendants will continue to work diligently to get matter resolved sooner than the deadline.

DATED this 19th day of April, 2021.

AARON D. FORD
Attorney General

By: /s/ *Mandana Divanbeiki*
MANDANA DIVANBEIKI (Bar No. 14862)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: April 20, 2021

_____
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on April 19, 2021, I electronically filed the foregoing **STATUS REPORT AND REQUEST FOR AN EXTENSTION OF TIME TO FILE STIPULATION AND ORDER TO DISMISS,** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

>Donald Allen Weizenecker, #62548
>Northern Nevada Correctional Center
>P. O. Box 7000
>Carson City, Nevada 89702
>nncclawlibrary@doc.nv.gov
>*Plaintiff, Pro Se*

/s/Sheri Regalado
Sheri Regalado, An employee of the
Office of the Attorney General