AARON D. FORD
  Attorney General
MANDANA DIVANBEIKI, (Bar No. 14862)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
(702) 486-3192 (phone)
(702) 486-3773 (fax)
E-mail: mdivanbeiki@ag.nv.gov

*Attorneys for Defendants,*
*Charles Daniels, Kathryn Reynolds,*
*and Perry Russell*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD ALLAN WEIZENECKER,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES DANIELS, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00653-MMD-CLB<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

    Plaintiff, Mr. Donald Weizenecker, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mandana Divanbeiki, Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 23 day of April, 2021

_____
DONALD WEIZENECKER
Plaintiff, *Pro Se*

DATED this 23 day of April, 2021

AARON D. FORD
Attorney General

By: _____
MANDANA DIVANBEIKI, (SBN 14862)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: April 29, 2021